UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFERSON-11ᵀᴴ STREET, LLC**<br>1433 T Street, N.W., Suite T-10<br>Washington, D.C. 20009,<br><br>Plaintiff,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Case No. 1:19-cv-01416 |

### DEFENDANTS 2724 11th STREET NW TENANTS' ASSOCIATION, INC.'S AND LATINO ECONOMIC DEVELOPMENT CORPORATION OF WASHINGTON, D.C.'S OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND FINAL ORDER

Defendants 2724 11th Street NW Tenants' Association, Inc. (the "Tenants' Association") and the Latino Economic Development Corporation of Washington, D.C. ("LEDC") (collectively, "Private Defendants") respectfully submit this memorandum responding to Plaintiff's motion to alter or amend the Court's April 9, 2020 order pursuant to Federal Rule of Civil Procedure 59(e).

### ARGUMENT

Plaintiff provides two reasons for amending the Court's order: (1) amending would prevent "manifest injustice" that allegedly would result because Plaintiff may be foreclosed from later re-filing its claims;[1] and (2) fundamental fairness requires that the case be stayed rather than

---

[1] To the extent Plaintiff argues that the Court's order should be clarified to expressly state that both the complaint and the case are dismissed without prejudice, *see* Mot. 5, Private Defendants do not object to that relief.

dismissed. Mot. 3-4, 11. These arguments have been fully briefed in the District's opposition, *see* Dkt. 28, and should be rejected for the reasons the District ably set forth therein.

The Court previously declined to address Plaintiff's claims against the Private Defendants (Count III) in light of the dismissal of Plaintiff's claims against the District of Columbia. If, notwithstanding the arguments set forth in the District's opposition, the Court is inclined to grant Plaintiff's motion and stay, rather than dismiss, the case, it should either: (1) make clear that it continues to decline to exercise supplemental jurisdiction over Count III and that the claims against the Private Defendants are not stayed; or (2) proceed to rule on the merits of Defendants' previously filed motion to dismiss. *See* 28 U.S.C. § 1367(a). The rationale on which the Court based its abstention decision does not apply to the Private Defendants. Those Defendants should be entitled to prompt adjudication of Plaintiff's claims, whether in this Court or (if re-filed) in Superior Court. Allowing Plaintiff's meritless claims to persist indefinitely does not serve the interests of justice.

DATED:  May 19, 2020                                    Respectfully Submitted,

    /s/ Daniel Pariser
DANIEL PARISER [D.C. Bar No. 464744]
BLAKE BILES
JOANNA PERSIO
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. N.W.
Washington, D.C. 20001
(202) 942-5000 (telephone)
(202) 942-5999 (facsimile)
Daniel.Pariser@arnoldporter.com
Blake.Biles@arnoldporter.com
Joanna.Persio@arnoldporter.com

*Counsel for Tenants' Association and LEDC*